752 S.E.2d 794

**In the Matter of Kelly EVANS, Petitioner.**

Appellate Case No. 2012–212828

No. 2012–212828.

Supreme Court of South Carolina.

Dec. 23, 2013.

## ORDER

This matter is before the Court on petitioner's Petition for Rehearing of the Court's September 23, 2013, order denying

her Petition for Readmission. After a hearing, the Court grants the Petition for Readmission.

Petitioner shall be sworn-in and readmitted to the South Carolina Bar during the next regularly-scheduled swearing-in ceremony.

/s/JEAN H. TOAL, C.J.

/s/COSTA M. PLEICONES, J.

/s/DONALD W. BEATTY, J.

/s/JOHN W. KITTREDGE, J.

/s/KAYE G. HEARN, J.
 FOR THE COURT

Because I would deny the rehearing petition and adhere to this Court's original decision to adopt the recommendation of the Committee on Character and Fitness, I respectfully dissent.

/s/JOHN W. KITTREDGE, J.
 FOR THE COURT